1   ANDERIES & GOMES LLP
    Allan J. Gomes (SBN 225810)
2   Anne V. Leinfelder (SBN 230272)
    601 Montgomery Street, Suite 888
3   San Francisco, California  94111
    Telephone:     (415) 217-8802
4   Facsimile:      (415) 217-8803
    agomes@andgolaw.com
5   aleinfelder@andgolaw.com

6   Attorneys for Plaintiff
    BRIDGE PARTNERS, a California
7   Corporation

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  BRIDGE PARTNERS, a California corporation,   Case No. **CV 12 3048 WHA**

12                  Plaintiff,                   **[PROPOSED] ORDER GRANTING
                                                 PLAINTIFF BRIDGE PARTNERS' *EX*
13              vs.                              *PARTE* APPLICATION FOR LEAVE
                                                 TO CONDUCT EXPEDITED
14  CITIBANK, N.A., a national banking           DISCOVERY**
    association; JPMORGAN CHASE BANK, N.A.,
15  a national banking association; and DOES 1
    through 50, inclusive,
16
                    Defendants.
17

18

19

20          The *Ex Parte* Application for Leave to Conduct Expedited Discovery (the "Application")

21  of Plaintiff Bridge Partners came on for hearing on June _14_, 2012 at _1 PM_, the Honorable

22  ___Alsup___ presiding.

23          The Court has read and considered the Application papers, the argument of counsel at the

24  hearing, and the case file in this action.  Good cause appears for the requested relief and the Court

25  finds that the Application should be GRANTED.

26          Plaintiff Bridge Partners, may serve limited, immediate discovery on Defendants

27  JPMorgan Chase Bank, N.A. and Citibank, N.A., to determine:

28          1.      The identity of Doe Nos. 1-50, alleged in this action to be the holders of:

---
                                          1              Case No. _____

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXPEDITED DISCOVERY

1    beneficiary;

2    b. Chase account with the account name JP Morgan SMP Bank;

3    c. Citibank account with Russian Standart as the beneficiary;

4    d. Chase account with JSC Russian Standart Bank as the beneficiary;

5    e. Chase account with the account name Emirates, Emirates NBD; and

6    f. Chase account with the account name VTB 24; and

7    2.    The account holders' activities on the above named accounts from June 4, 2012 to

8    the present.

9

10   IT IS SO ORDERED.

11

12   Dated: _____June 14, 2012_____          _____

13                                                Judge of the District Court
                                                  Northern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28