ANDERIES & GOMES LLP
Allan J. Gomes (SBN 225810)
Anne V. Leinfelder (SBN 230272)
601 Montgomery Street, Suite 888
San Francisco, California 94111
Telephone:   (415) 217-8802
Facsimile:   (415) 217-8803
agomes@andgolaw.com
aleinfelder@andgolaw.com

Attorneys for Plaintiff
BRIDGE PARTNERS, a California Corporation

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 12 3048 WHA

BRIDGE PARTNERS, a California corporation;

Plaintiff,

vs.

CITIBANK, N.A., a national banking association; JPMORGAN CHASE BANK, N.A., a national banking association; and DOES 1 through 50, inclusive,

Defendants.

Case No.

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER; AND ORDER TO SHOW CAUSE FIXING TIME FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION

[Fed. R. Civ. P. 65(b); L.R. 7-10 and 65-1]

This matter comes before the Court on the *ex parte* application of Plaintiff Bridge Partners. Upon a review of the pleadings, moving papers, declarations, and evidence presented by Bridge Partners, the Court makes the following findings of fact and conclusions of law:

A.    Bridge Partners holds two bank accounts at River City Bank, from which $2,802,734.00 was transferred to various accounts at Citibank, N.A., and JPMorgan Chase Bank, N.A., between June 4, 2012 and June 7, 2012.

B.    Bridge Partners did not make or authorize the transfers of these funds.

C.    Citibank, N.A., and JPMorgan Chase Bank, N.A., have placed a temporary hold on the funds pursuant to California Financial Code Section 1450.

1    D.   Bridge Partners has a very strong probability of proving at trial that Doe Defendants fraudulently transferred $2,802,734.00 from its bank accounts at River City Bank to various bank accounts with Citibank, N.A., and JPMorgan Chase Bank, N.A.

E.   Bridge Partners will suffer immediate and irreparable injury if a temporary injunction is not issued.

F.   The public interest favors issuance of a temporary restraining order.

G.   The harm to Bridge Partners of denying the application outweighs the harm to the legitimate interests of Defendants.

I.   The public interest favors issuance of a temporary restraining order.

J.   Injunctive relief is the only relief that will adequately protect Bridge Partners, because the funds being held by Defendants Citibank, N.A., and JPMorgan Chase Bank, N.A., in the accounts of the Doe Defendants would likely be transferred or otherwise made inaccessible, if Bridge Partners were to proceed on notice.

THEREFORE, it is hereby:

ORDERED that Defendants show cause before this Court at Courtroom _8_, U.S. District Court, _450 Golden Gate Ave_, _San Francisco_, CA _94102_, on the _19_ day of ~~June~~ July 19, 2012 at _8 AM_, or as soon thereafter as counsel can be heard, why a preliminary injunction, pursuant to Fed. R. Civ. P. 65, should not be issued enjoining Defendants, their agents, servants, employees, officers, and all persons in active concert and participation with them, and pending the final hearing and determination of this action, from, and in any manner, directly or indirectly, transferring, moving, withdrawing, or in any way diverting any funds from the Bank Accounts set forth above.

ORDERED that pending the hearing and determination of Bridge Partners' motion for preliminary injunction, Defendants, their agents, servants, employees, officers, and all other persons in active concert or participation with them, be and hereby are, without prior written or oral notice, temporarily restrained and enjoined from, and in any manner, directly or indirectly, transferring, moving, withdrawing, or in any way diverting any funds from the Bank Accounts set forth above.

Case 3:12-cv-03048-WHA   Document 13   Filed 06/15/12   Page 3 of 3

1     ORDERED that service of the Summons and Complaint and of this Temporary Restraining Order, and Order To Show Cause, together with copies of the papers in support thereof, must be made on Defendants Citibank, N.A., and JPMorgan Chase Bank, N.A., no later than June 15, 2012.

    ORDERED that service of the Summons and Complaint and of this Temporary Restraining Order, and Order To Show Cause, together with copies of the papers in support thereof, must be made on the Doe Defendants no later than ~~June 29~~ July, 2012. June 29

    ORDERED that answering papers, if any, be personally filed with this Court and personally served upon Bridge Partners' counsel, Anderies & Gomes, at 601 Montgomery Street, Suite 888, San Francisco, California 94111, on or before ~~June~~ July 6, 2012 at 5:00 p.m. and reply papers on behalf of Plaintiff, if any, shall be filed by close of business of ~~June~~ July 13, 2012.

    ORDERED that Defendants' failure to attend the show cause hearing scheduled herein shall result in the immediate issuance of the preliminary injunction, which shall be deemed to take effect immediately upon the expiration or dissolution of the temporary restraining order herein, and shall extend during the pendency of this suit the same injunctive relief previously granted by the temporary restraining order. Defendants are hereby notified that they shall be deemed to have actual notice of the issuance and terms of such preliminary injunction, and that any act by them in violation of any of its terms may be considered and prosecuted as contempt of this Court.

IT IS SO ORDERED.

Dated: June 14, 2012

_____
Judge of the District Court
Northern District of California


3      Case No. _____
[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER
