United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIDGE PARTNERS, a California corporation,

    Plaintiff,

v.

CITIBANK N.A., a national banking association, JPMORGAN CHASE BANK, N.A., a national banking association, and DOES 1 through 50, inclusive,

    Defendants.

No. C 12-03048 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

In response to plaintiff's letter of July 5, 2012, the Court hereby **SETS** a meet-and-confer in the court's jury room to commence starting **AT 8:00 A.M. AND CONTINUING TO 11:30 A.M. ON WEDNESDAY, JULY 11, 2012**. At 11:30 a.m., the Court shall hear any unresolved issue(s). Defendant's response is due by noon on July 10.

Please note that only those lawyers who personally participate in the meet-and-confer in the court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: July 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE