IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIDGE PARTNERS, a California Corporation,

    Plaintiff,

  v.

CITIBANK N.A., a national banking association, JP MORGAN CHASE BANK, N.A., a national banking association, and DOES 1–50, inclusive

    Defendants.

No. C 12-03048 WHA

**ORDER REGARDING REQUEST FOR JUDICIAL NOTICE, EXHIBIT TWO**

The Court has found many of the pages in exhibit two, appended to the request for judicial notice in support of defendant JP Morgan Chase Bank's opposition, to be illegible. Please re-file an electronic version of exhibit two and submit a new chamber's copy of the same by **NOON ON JULY 17, 2012**.

**IT IS SO ORDERED.**

Dated: July 16, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE