IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGE PARTNERS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK N.A., a national banking association, and JP MORGAN CHASE BANK, N.A., a national banking association,<br><br>Defendants.<br>_____/ | No. C 12-03048 WHA<br><br>**ORDER HOLDING MOTION FOR PRELIMINARY INJUNCTION IN ABEYANCE AND KEEPING TRO IN EFFECT** |

As stated at today's hearing on plaintiff Bridge Partners' motion for preliminary injunction, the motion will be **HELD IN ABEYANCE**, pending further discovery. Both sides will be given six weeks to take discovery, including taking depositions overseas, if necessary. The discovery period will end **AUGUST 29, 2012**. By **JULY 27, 2012**, however, defendants must submit declarations in accordance with what was discussed at today's hearing. The TRO entered on June 14, 2012, will remain in effect at least through the end of the discovery period and until further Court order. By August 29, the Court would like the pleadings to be settled, as best as is possible. If River City Bank is going to be brought into this case, the party seeking to bring them in must do so promptly.

By **SEPTEMBER 7, 2012,** the parties shall file supplemental briefs of no more than 15 pages each. Reply briefs of no more than 10 pages each are due **SEPTEMBER 14**. A further hearing will be held at **8:00 A.M. ON SEPTEMBER 27**. The supplemental briefing should also

address the issue of whether plaintiff Bridge Partners has an adequate remedy against River City Bank.

**IT IS SO ORDERED.**

Dated: July 18, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2