IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGE PARTNERS, a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITIBANK N.A., a national banking association, JPMORGAN CHASE BANK, N.A., a national banking association, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 12-03048 WHA<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE** |

In light of plaintiff's letter of August 21, 2012 stating that the discovery dispute raised in its August 6 letter has been resolved, the Court hereby **VACATES** the meet-and-confer and hearing scheduled for August 22, 2012.

**IT IS SO ORDERED.**

Dated: August 21, 2012.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE