1   ANDERIES & GOMES LLP
    Allan J. Gomes (SBN 225810)
2   Anne V. Leinfelder (SBN 230272)
    601 Montgomery Street, Suite 888
3   San Francisco, California  94111
    Telephone:     (415) 217-8802
4   Facsimile:     (415) 217-8803
    agomes@andgolaw.com
5   aleinfelder@andgolaw.com

6   JOHN F. FRIEDEMANN (SBN 115632)
    jfriedemann@frigolaw.com
7   KYLE M. FISHER (SBN 127334)
    kfisher@frigolaw.com
8   FRIEDEMANN GOLDBERG LLP
    420 Aviation Blvd., Suite 201
9   Santa Rosa, CA  95403
    Telephone:  (707) 543-4900
10  Facsimile:  (707) 543-4910

11  Attorneys for Plaintiff
    BRIDGE PARTNERS, a California Corporation

12

13               UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15  BRIDGE PARTNERS, a California corporation,  )   Case No. CV 12 3048 WHA
                                                )
16                             Plaintiff,        )   **STIPULATION AND [~~PROPOSED~~] ORDER**
                                                )   **RESETTING CASE MANAGEMENT**
17              vs.                              )   **CONFERENCE, EXTENDING TIME FOR**
                                                )   **THE PARTIES TO FILE ADR**
18  CITIBANK, N.A., a national banking          )   **CERTIFICATIONS, FED. R. CIV. PROC.**
    association; JPMORGAN CHASE BANK, N.A., )   **RULE 26(f) INITIAL DISCLOSURES,**
19  a national banking association; and DOES 1  )   **DISCOVERY PLAN AND JOINT CASE**
    through 50, inclusive,                       )   **MANAGEMENT CONFERENCE**
20                                              )   **STATEMENT**
                               Defendants.       )
21                                              )
                                                )
22  _____ )

23          Pursuant to Local Rules 6-2,  7-12 and 16-2 this stipulation is entered into by and between

    Plaintiff BRIDGE PARTNERS ("Plaintiff"), Defendant CITIBANK, N.A. ("Citibank"), and
24
    Defendant JPMORGAN CHASE BANK, N.A. ("Chase") (the "Parties"), through their respective
25
    counsel of record.
26

27

28  {00243771.DOC;v1}                          1                   Case No. 3:12-cv-03048-WHA
    _____
    STIPULATION AND [~~PROPOSED~~] ORDER RESETTING CASE MANAGEMENT CONFERENCE, EXTENDING
    TIME FOR PARTIES TO FILE ADR CERTS., FED. R. CIV. PROC. RULE 26(F) INITIAL DISCLOSURES,
    DISCOVERY PLAN AND CMC STATEMENT - CASE NO. CV 12 3048 WHA

# FACTUAL RECITALS

1.      On June 14, 2012, Plaintiff filed its Complaint in the above-captioned matter seeking in relevant part Declaratory Judgment against Citibank, Chase and Doe Defendants.

2.      On June 14, 2012, the Court granted Plaintiff's Request for a Temporary Restraining Order, which was extended by the Court's Order on July 18, 2012, and is presently in place.

3.      On July 18, 2012, the Court conducted a hearing on Plaintiff's Motion for Preliminary Injunction.  At the conclusion, the Court continued the hearing on Plaintiff's Motion for Preliminary Injunction to September 27, 2012.  The initial Case Management Conference in this matter is also scheduled for September 27, 2012.

4.      In the Court's order following the July 18, 2012 hearing, the Court requested that the pleadings "be settled, as best as is possible."

5.      Prior to September 27, 2012 Plaintiff will be filing a motion for leave to file a first amended complaint which would, among other things, add claims for conversion and declaratory judgment against foreign banks AB Ukio Bankas, JSC Russian Standard Bank, Emirates NBD and VTB 24.

6.      The Parties are presently required to file their ADR Certifications on or before September 6, 2012.

7.      The Parties are presently required to file their Rule 26(f) Initial Disclosures on or before September 20, 2012.

8.      The Parties are presently required to file their Discovery Plan, pursuant to Rule 26 on or before September 20, 2012.

9.      The Parties are presently required to file their joint Case Management Conference Statement on or before September 20, 2012.

10.     The Parties agree that it is appropriate to reset the Case Management Conference for a date approximately four months after the presently scheduled date of September 27, 2012 and to postpone the filing of the above ADR Certifications, Rule 26(f) Initial Disclosures, Discovery Plan and joint Case Management Conference Statement accordingly.  The Parties believe that this relief is

{00243771.DOC;v1}                                  2                      Case No. 3:12-cv-03048-WHA

STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE, EXTENDING
TIME FOR PARTIES TO FILE ADR CERTS., FED. R. CIV. PROC. RULE 26(F) INITIAL DISCLOSURES,
DISCOVERY PLAN AND CMC STATEMENT - CASE NO. CV 12 3048 WHA

1    warranted in light of the fact that limited discovery related to Plaintiff's Motion for Preliminary

2    Injunction has already been conducted and Plaintiff's proposed first amended complaint adds as new

3    parties to the action foreign entities who will have to be served with the summons and complaint.

4          11.    There have been no previous modifications or extensions of the deadlines to file ADR

5    Certifications, Rule 26(f) Initial Disclosures, Discovery Plan or joint Case Management Conference

6    Statement, or changes to the Case Management Conference date, except that the Court sua sponte

7    reset the Case Management Conference from the original date of September 13, 2012 to September

8    27, 2012.

9          12.    The Parties do not anticipate that an extension of these filing deadlines or resetting of

10   the Case Management Conference will substantially affect the schedule of this case.

## **STIPULATION**

12         The Parties hereby stipulate as follows:

13         1.    The Case Management Conference currently scheduled for September 27, 2012 is

14   continued until January 31, 2013 at 11:00am or a time and date convenient for the Court on or around

15   January 31, 2013.

16         2.    The Parties may have up to and including January 10, 2013 in which to file their ADR

17   Certifications.

18         3.    The Parties may have up to and including January 24, 2013 in which to file their Rule

19   26(f) Initial Disclosures.

20         4.    The Parties may have up to and including January 24, 2013 in which to file their

21   Discovery Plan.

22         5.    The Parties may have up to and including January 24, 2013 in which to file their joint

23   Case Management Conference Statement.

24   //

25   //

26   //

27   //

28   {00243771.DOC;v1}                                3                        Case No. 3:12-cv-03048-WHA

DATED:  September ____, 2012          FRIEDEMANN GOLDBERG LLP


By: /S/ John F. Friedemann
   JOHN F. FRIEDEMANN
   KYLE M. FISHER
   Attorneys for Plaintiff
   BRIDGE PARTNERS


DATED:  September ____, 2012          KEESAL YOUNG & LOGAN


By: /S/ Elyse W. Grant
   JULIE L. TAYLOR
   JULIE A. KOLE
   ELYSE W. GRANT
   Attorneys for Defendant
   CITIBANK, N.A.


DATED:  September ____, 2012          MUSICK PEELER & GARRETT LLP


By: /S/ Catherine M. Lee
   BARRY D, HOVIS
   CATHERINE M. LEE
   Attorneys for Defendant
    JPMORGAN CHASE BANK, N.A.


*Filer's Attestation: Pursuant to Civil Local Rule 5-1 (i)(3) regarding signatures, John F. Friedemann*

*hereby attests that concurrence in the filing of this document has been obtained.*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: September 17, 2012.

**UNITED STATES DISTRICT COURT JUDGE**

APPROVED

Judge William Alsup

STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE, EXTENDING
TIME FOR PARTIES TO FILE ADR CERTS., FED. R. CIV. PROC. RULE 26(F) INITIAL DISCLOSURES,
DISCOVERY PLAN AND CMC STATEMENT - CASE NO. CV 12 3048 WHA