IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGE PARTNERS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIBANK N.A., a national banking association; JP MORGAN CHASE BANK, N.A., a national banking association; and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>                                              / | No. C 12-03048 WHA<br><br>**REQUEST RE PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

    All parties are requested to address the potential impact of the proposed new pleading on plaintiff's motion for a preliminary injunction. The briefs should be limited to ten pages per side and are due on **OCTOBER 2 AT NOON**. The parties may file a reply brief, limited to five pages, by **OCTOBER 4 AT NOON**. No additional declarations or attachments should be filed with any briefs. Defendants should file a combined ten-page brief and five-page reply brief, adhering to the page restrictions set forth above.

    **IT IS SO ORDERED.**

Dated: September 27, 2012.

                                                  WILLIAM ALSUP<br>
                                                UNITED STATES DISTRICT JUDGE